**BURSOR & FISHER, P.A.**
Scott A. Bursor
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail:  scott@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RAMON G. MARTINEZ and MOSES LOPEZ, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiff,<br>     v.<br><br><br>MAGICJACK LP a/k/a MAGICJACK, YMAX HOLDINGS CORPORATION,<br><br>                              Defendants. | Case No. 9:18-cv-80917<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Plaintiffs Ramon G. Martinez and Moses Lopez and Defendants Magicjack, LP a/k/a Magicjack and YMAX Holdings Corporation hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.  Plaintiffs Ramon G. Martinez and Moses Lopez and Defendants Magicjack, LP a/k/a Magicjack and YMAX Holdings Corporation further stipulate that this action be dismissed without prejudice as to the claims of the putative class members.

Respectfully submitted,

Dated: October 24, 2018          **BURSOR & FISHER, P.A.**

By:      */s/ Scott A. Bursor*
              Scott A. Bursor
Scott A. Bursor
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail:  scott@bursor.com

*Attorneys for Plaintiff*

Dated: October 24, 2018          **BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ David Axelman*
David Axelman

David Axelman
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131-5354
Florida Bar No. 90872
david.axelman@bclplaw.com

*Attorneys for Defendant*